# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

08 MAR 10 PM 1:31

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

### ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: **'08 MJ 0757**

The person charged as _____FRANK JOSEPH VENTIMIGLIA_____ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the CENTRAL District of CALIFORNIA with FAILURE TO APPEAR, in violation of TITLE 18 UNITED STATES CODE SECTION(S) 3146.

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: _MARCH 10, 2008_.

_____
STEVEN JOHN G. CHACO
(Name)
Deputy United States Marshal

Reviewed and Approved:

Dated: _March 10, 2008_

_____
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
| --- | --- |
| Plaintiff(s) | CR 02-00144-SVW |
| v. | |
| FRANK JOSEPH VENTIMIGLIA | **WARRANT FOR ARREST** |
| Defendant(s) | |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest _____ FRANK JOSEPH VENTIMIGLIA _____

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☐ Indictment ☐ Information ☒ Order of Court ☐ Violation Petition ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

FAILURE TO APPEAR

in violation of Title ___18___ United States Code, Section(s) 3146

| Sherri R. Carter | |
| --- | --- |
| NAME OF ISSUING OFFICER | |
| Clerk of Court | January 14, 2008, Los Angeles, CA |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| [signature] | [signature] |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

_____

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| --- | --- |
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR-12 (07/04)   PAGE 1 of 2

# UNITED STATES PROBATION OFFICE
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| vs. | Plaintiff(s) | CR02-00144-SVW |
| FRANK JOSEPH VENTIMIGLIA | | |
| | Defendant(s) | **WARRANT FOR ARREST** |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest FRANK JOSEPH VENTIMIGLIA and bring him/her forthwith to the nearest Magistrate Judge to answer to a(n): ☐ Complaint ☐ Indictment ☐ Information ☐ Order of Court ☒ Violation Petition ☐ Violation Notice charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title 18 United States Code, Section(s) 3583(e)(3)

| Sherri R. Carter | |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | 12-5-07, Los Angeles |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Phyllis Lopez | BY: Judge Stephen V. Wilson |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

DATE RECEIVED

NAME OF ARRESTING OFFICER

DATE OF ARREST

TITLE

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO

SIGNATURE OF ARRESTING OFFICER

CR-12 (07/04)  WARRANT FOR ARREST

PAGE 1 of 2

PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA



U.S.A. VS. FRANK JOSEPH VENTIMIGLIA

Docket No. CR02-00144-SVW

Petition on Probation and Supervised Release (Bench Warrant)

COMES NOW LORETTA S. MARTIN, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **FRANK JOSEPH VENTIMIGLIA** who was placed on supervision by the Honorable **STEPHEN V. WILSON** sitting in the Court at Los Angeles, California, on the 9th day of December, 2002 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

(SEE ATTACHED)

**PRAYING THAT THE COURT WILL ORDER** issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Frank Joseph Ventimiglia before the United States District Court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

|  |  |
|---|---|
| ORDER OF COURT<br>Considered and ordered this 5th day of Dec., 2007 and ordered filed and made a part of the records in the above case.<br>_STEPHEN V. WILSON_<br>United States District Judge<br>STEPHEN V. WILSON | I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.<br>Executed on November 13, 2007<br>_JARROD KENNELLY_<br>U. S. Probation Officer<br><br>Place: Long Beach, California |

U.S.A. VS. FRANK JOSEPH VENTIMIGLIA
DOCKET NO. CR02-00144-SVW

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

Having been ordered by the Court not to commit another Federal, state or local crime, on July 11, 2007, Frank Joseph Ventimiglia was convicted of a violation of Section 23152 of the California Vehicle Code, Driving Under the Influence, a misdemeanor, in the California Superior Court, Los Angeles County, Downey, Case Number 7DY03629.

2. Having been ordered by the Court to refrain from the use of controlled substances, on or about October 10 and 12, 2007, Frank Joseph Ventimiglian furnished a urine sample to Detection and Treatment Resources, Inc., which upon analysis, was found to contain marijuana.

3. Having been ordered by the Court to refrain from the use of controlled substances, on or about October 28 and November 5, 2007, Frank Joseph Ventimiglia furnished a urine sample to Detection and Treatment Resources, Inc., which upon analysis, was found to contain marijuana.