## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.   FRANK JOSEPH VENTIMIGLIA         No. 08MJ757

HON.   LOUISA S. PORTER         Tape No.   por08-1:10:50-10:51;11:22-11:24(3m)

Asst. U.S. Attorney   GEORGE MANAHAN         PTSO

|  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|
| Atty | Michael Berg | X Apt | ___ Ret | for | Ventimigilia | (1) | (C) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |

___ Apt for Material Witness(es)

PROCEEDINGS:   ___ In Chambers   X In Court   ___ By Telephone

- Dft admits ID
- Dft Waives Removal Hearing. Waiver of Removal filed.
- Warrant of Removal issued to USM.
- Dft ordered removed to the Central District of CA forthwith.

Date   03/11/2008                    R. F. Messig
                                     Deputy's Initials