# FILED UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

BY _____

March 13, 2008

Clerk, U.S. District Court
Central District of California
312 N. Spring St.
Los Angeles, CA 90012

Re:    08mj757, USA v. Ventimiglia

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| __X__ | Docket Sheet | __X__ | Warrant of Removal |
| _____ | Complaint | _____ | Order of Removal |
| _____ | Minute Order Appointing Counsel | _____ | Detention Order |
| _____ | Corporate Surety Bond | __X__ | Waiver of Removal |
| _____ | Personal Surety Bond | | |
| _____ | Other | _____ | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: JP _____
, Deputy Clerk